## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Jane Doe, | Case No. 26-CV-00803 (JMB/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| City of West Richland, The; Brent Gerry; Selena Smathers; Steven Crown; Stacy Ryan; and Brooke Connor Ehr, | |
| Defendants. | |

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate David T. Schultz.  (Doc. No. 3.)  The R&R recommends that this action be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). (*See id.*)  Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 3) is ADOPTED.

2. The Court dismisses this action without prejudice for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 1, 2026

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court